<u>EXHIBIT A</u>

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWINA L. SANDERS,<br><br>                              Plaintiff,<br><br>v.<br><br>RESCUE MISSION ALLIANCE OF SYRACUSE, N.Y., and CINDY JENKINS AS AIDER AND ABETTOR,<br><br>                              Defendants. | STIPULATION OF DISCONTINUANCE WITH PREJUDICE<br><br>Civil Action No. 3:13-CV-0284 (FJS/ATB) |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without attorneys' fees or costs to any party as against the other. Counsel have the authority from their respective clients to so stipulate. This stipulation may be filed without further notice to the clerk of the court.

| **BOND, SCHOENECK & KING, PLLC** | **LAW OFFICE OF RONALD R. BENJAMIN** |
|---|---|
| By: *[signature]* | By: *[signature]* |
|     Andrew D. Bobrek, Esq. |     Ronald R. Benjamin, Esq. |
| Dated: Sept. 19, 2013 | Dated: Aug 30, 2013 |
| One Lincoln Center | 126 Riverside Drive, P.O. Box 607 |
| Syracuse, NY 13202 | Binghamton, NY 13902 |
| (315) 218-8262 | (607) 772-1442 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

IT IS SO ORDERED

_____
Hon. Frederick J. Scullin, Jr.
**Senior**United States District Court **Judge**

Dated: September 20, 2013

2197572.2 8/30/2013